# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MATTHEW HARGRAVE,

    Petitioner,

vs.

STATE OF NEVADA, et al.,

    Respondents.

Case No. 2:13-cv-02021-JAD-CWH

**ORDER**

The court directed petitioner to show cause why this action should not be dismissed as untimely. Order (Doc. 5). Petitioner has not responded to the court's order within the allotted time. The court will dismiss this action as untimely.

Reasonable jurists would not find the court's conclusions to be debatable or wrong, and the court will not issue a certificate of appealability.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** with prejudice as untimely. The clerk of the court shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated: August 5, 2014.

_____
JENNIFER A. DORSEY
United States District Judge